IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 8:23CB10 |
| vs. | |
| ANDREW D. LIPPERT, | ORDER |
| Defendant. | |

This matter is before the court regarding Returned Undeliverable Notices regarding citations NE14-9182832 and NE14-9183727 (Filing No. 29 and 30). As defendant Andrew D. Lippert did not receive notice of the previous hearing, the warrant is canceled and the Initial Appearance - CVB is reset for 12/19/2023 at 9:00 AM in Courtroom 7, Roman L. Hruska Federal Courthouse, 111 South 18th Plaza, Omaha, NE before Magistrate Judge Susan M. Bazis. The government is to send notice of the hearing date to the defendant.

Dated this 6th day of November, 2023.

BY THE COURT:

s/ Susan M. Bazis
United States Magistrate Judge